IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          v.<br><br>JONATHAN DIAZ-ROMAN<br><br>     Defendant. | **Case No.** 3:14-CR-164-029(FAB) |

**ORDER**

The Report and Recommendation filed on May 27, 2015 (Docket No. 1680) on defendant's Rule 11 proceeding held before Magistrate Judge Camille L. Velez-Rive on May 26, 2015, to which no opposition has been filed, has been considered *de novo* and **APPROVED.** The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all elements of the offense charged in the indictment. Accordingly, the guilty plea of defendant is accepted.

This case was referred to the Probation Office for preparation of a Presentence Investigation Report on May 26, 2015.

**Sentencing hearing set for August 27, 2015 at 9:00 am.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 12, 2015.

                              s/ Francisco A. Besosa
                              FRANCISCO A. BESOSA
                              UNITED STATES DISTRICT JUDGE